IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . .

Barrow Industries Inc., **05 1 0 9 6 6 MLW**
       Plaintiff

v.                                    Civil Action No. _____

J. C. Penney Company, Inc.
       and            **MAGISTRATE JUDGE**
Koltov, Inc.                          RECEIPT #
       Defendants                     AMOUNT $
                                      SUMMONS ISSUED
. . . . . . . . . . . . . .           LOCAL RULE 4.1
                                      WAIVER FORM
                                      MCF ISSUED
                   COMPLAINT          BY DPTY. CLK
                                      DATE

Plaintiff, as its complaint, alleges the following:

1.   Plaintiff, Barrow Industries Inc., is a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, and has its principal place of business at 3 Edgewater Drive, Norwood, Massachusetts 02062.

2.   On information and belief, defendant, J. C. Penney Company, Inc., is a corporation organized and existing under the laws of the State of Delaware, and has its principal place of business at 6501 Legacy Drive, Plano, Texas 75024-3698 (and a mailing address of P.O. Box 10001, Dallas, Texas 75301-1115).

3.   On information and belief, defendant, Koltov, Inc., is
a corporation organized and existing under the laws of the State
of California, and has its principal place of business at 31250
Cedar Valley Drive, Westlake Village, CA 91362.


4.   This court has jurisdiction of the subject matter of this
claim under the provisions of Title 28, United States Code
§1338(a), because this action arises under an Act of Congress
relating to Copyrights, the Copyright Act of 1976, Pub. L. 94-553,
90 Stat. 2598, Title 17, United States Code §§101 et seq.


5.   This Court has jurisdiction over both defendants because
defendants have transacted business in Massachusetts; defendants
have contracted to supply fabric materials in Massachusetts;
defendants   have   caused   tortious   injury   to   plaintiff   by
advertising,   selling   and   delivering   fabric   materials   in
Massachusetts;   defendants   have   caused   tortious   injury   in
Massachusetts to plaintiff by advertising, selling and delivering
fabric   materials   outside   of   Massachusetts   while   defendants
regularly do or solicit business in Massachusetts and/or engage in
other persistent courses of conduct in Massachusetts, and/or
derive   substantial   revenue   from   fabric   materials   sold   in
Massachusetts; and this action arises from these activities.

2

6.   Plaintiff is a marketer of fabric materials.   In 2002, an employee of Art College created an original fabric design, entitled   "M 6264"   (hereafter called Plaintiff's Design). Plaintiff obtained ownership of the copyright in Plaintiff's Design by a written assignment from Art College.

7.   Plaintiff's Design contains considerable material wholly original with plaintiff and is copyrightable subject matter under the Copyright Act of 1976.

8.   Plaintiff first published (i.e. marketed) fabric incorporating Plaintiff's Design on January 1, 2003.  A photocopy of a sample of Plaintiff's Design is attached hereto as Exhibit A.

9.   Plaintiff's Design was made the subject of an application which   matured   into   United   States   Copyright   Registration Certificate No. VA 1-183-316, issued by the Register of Copyrights on April 4, 2003, a copy of which is attached hereto as Exhibit B.

10.  Since at least as early as January 1, 2003, plaintiff has been and still is the sole proprietor of all right, title and

3

interest in and to the copyright of Plaintiff's Design.  Since at
least as early as January 1, 2003, plaintiff has been and still is
the sole owner of all right, title and interest in and to the
copyright registration of Plaintiff's Design.

11.  Plaintiff has complied with all statutory requirements
in securing federal statutory copyright for Plaintiff's Design
under the Copyright Act of 1976.

12.  After January, 1, 2003, defendants, with full actual
knowledge of, and with full access to, the copyrighted Plaintiff's
Design, willfully infringed plaintiff's copyright in Plaintiff's
Design by copying Plaintiff's Design and by marketing defendants'
handbags made of fabric materials incorporating Plaintiff's Design
(hereinafter called Defendants' Copied Fabric Materials).
Defendants' copying was without the consent of plaintiff.
Defendants' Copied Fabric Materials bear a fabric design which is
virtually identical to plaintiff's fabric materials incorporating
Plaintiff's Design.   Copies of various materials showing
Defendants' Copied Fabric Materials are attached hereto as Exhibit
C.

4

13.  Plaintiff has notified defendants that defendants have infringed plaintiff's copyright, but defendants have refused to cease infringing and have continued to willfully infringe plaintiff's copyright.

14.  Defendants' wrongful activities constitute a violation of the United States Copyright Act.

WHEREFORE, PLAINTIFF PRAYS:

1.  That defendants be held to have violated Title 17, United States Code §101 et seq. by reason of defendants' willful copyright infringement.

2.  That defendants be enjoined during the pendency of this action and permanently from infringing said copyright of said plaintiff in any manner, and from purchasing, importing, making, having made, selling, marketing, shipping or advertising Defendants' Copied Fabric Materials or any materials bearing Plaintiff's Design.

3.   That defendants, at the election of plaintiff, said election to be made at any time before entry of final judgment, as authorized by Title 17, United States Code §504, be required to pay damages to plaintiff of either:

> a.   such actual damage as plaintiff has sustained as a consequence of defendants' infringement of plaintiff's copyright, together with any profits of defendants that are attributable to said infringement and are not taken into account in computing said actual damages; or

> b.   statutory damages in the sum of $100,000 for defendants' willful infringement of plaintiff's copyright.

4.   That defendants be required to deliver up for destruction all of Defendants' Copied Fabric Materials and all other materials which infringe upon plaintiff's copyright, as well as all articles by means of which such infringements were or could be made.

5.    That defendants be required to pay to plaintiff the full
costs of this action, including a reasonable attorney's fee, as
authorized by Title 17, United States Code §505.


6.    That plaintiff be awarded such other and further relief
as the Court deems just or equitable in the circumstances.

I. Stephen Samuels
B.B.O. No. 440200
Samuels & Hiebert LLC
Two International Place
23rd Floor
Boston, MA   02110
Tel: 617-426-9181 Ext. 107
Fax: 617-426-9182
Email: ISS@SamuelsTM.com
Attorney for Plaintiff

1359.05G

7

## BARROW INDUSTRIES - FABRIC DESIGN

**ID:** M6264  
**TYPE:** TAPESTRY  
**DESC:** COCONUT GROVE  
**PO#:** 34156  
**SRC:** ART COTTAGE  
**INV#:** 70053  

**DATE:** 8/29/2002  
**DESIGNER:** KIM  

**DISK#:** NOTES  
**REV:**  
**SENT:** 8/30/2002  



**CATEGORY:** 410 LEAVES  
**CUT:** B3   CUT CODE B3  
**QUALITY:** 062 6 END FULL COUNT  

**WEIGHT:** 1.313    **REPEATH:** 13-1/2"    **R/R:** YES  
**WIDTH:** 54    **REPEATV:** 27"    **NON-DIR:** NO  
   **PICKS:**    **UP ROLL:** NO  
   **BACKED?:** YES  

**FINISH:** SN N.PUNCH/SBR  
**CLEAN:** S SOLVENT CLEANERS ONLY  
**DUTY:** 23 2.7  
**MKT GROUP#** 8-T-0  

**FIBER CONTENT:**  
53 % COTTON  
47 % POLYESTER  

**DESIGN NOTES:**  
FC 6 END TAPESTRY (STRAIGHT YARN  
FILLED) (8840 ENDS) W/ 7/1 COTTON  
DISK# 3474 (BEIGE)  
DISK# 3475 (BROWN/BLACK)  
*DISK# 3474 3575 & S.O. SENT 8/30/02  
*PO# 34156 (OASIS & JUNGLE) SENT 10/3/02  
*ARTWORK DESIGN# TROPICAL 003B  

**DES GROUP#:**

| COLOR | WARP | | DISK # | COLOR CODE | | |
|---|---|---|---|---|---|---|
| | MILL DESCRIPTION | WARP DESCRIPTION | | DATE SENT | | DESCRIPTION |
| JUNG JUNGLE | | WP-0744 | 3475 | | 000 | |
| | 6264 JUNG DT3386-3 | FESTIVAL | | 8/30/2002 | | UNKNOWN |
| OASI OASIS | | WP-0744 | 3474 | | 003 | |
| | 6264 OASI DT3387-2 | FESTIVAL | | 8/30/2002 | | BEIGE-BROWN |

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG    VA 1 – 183 – 316



**EFFECTIVE DATE OF REGISTRATION**

APR 4 2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

M 6264

**NATURE OF THIS WORK ▼** See instructions

Design specimen on CD-Rom
Artwork

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Art Cottage

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ┌ Citizen of ▶
  └ Domiciled in ▶ England

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☒ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ┌ Citizen of ▶
  └ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2002 ◀ Year    This information must be given ONLY if this work has been published.

**Date and Nation of First Publication of This Particular Work**
Month ▶ January  Day ▶ 1  Year ▶ 2003
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Barrow Industries Inc. dba
Merrimac Textile Co.
3 Edgewater Drive, Brookside Pk.
Norwood, Massachusetts 02062

**APPLICATION RECEIVED**
APR 0 4 2003
**ONE DEPOSIT RECEIVED**
APR 0 4 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written assignment

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages



| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                        **Account Number** ▼

Samuels, Gauthier & Stevens LLP                              DA063789

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Naomi W. Norcott
Samuels, Gauthier & Stevens LLP
225 Franklin Street, Suite 3300
Boston, MA  02110

Area code and daytime telephone number ▶ (    )    (617) 426-9180        Fax number ▶ (    )

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Barrow Industries Inc.
dba Merrimac Textile Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Naomi W. Norcott                                    Date ▶ March 31, 2003

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Naomi W. Norcott<br>Samuels, Gauthier & Stevens LLP | **YOU MUST**<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ 225 Franklin Street, Suite 3300 | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material |
| | **City/State/ZIP** ▼ Boston, Massachusetts  02110 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

```
              JCPENNEY
          Emerald Square Mall
          1019 S.Washington St.
          N. Attleboro, MA. 02760
              (508)699-6700

 02/10/05 01:24 PM  7122 2244/262   843

 103/3502/020101   SH TROPICAL TOTE
 UPC # 054069001850
                    QTY 1          35.00
   SALE DISC            10.50 -
   TOTAL DISCOUNTS      10.50 -
 DISCOUNTED PRICE                  24.50
 NET SALES/RETURN VALUE            24.50T

 103/3502/010201   SH TROPICAL TOTE
 UPC # 054069001843
                    QTY 1          35.00
   SALE DISC            10.50 -
   TOTAL DISCOUNTS      10.50 -
 DISCOUNTED PRICE                  24.50
 NET SALES/RETURN VALUE            24.50T

 0722/             CATALOG BOOK
                    QTY 1           5.00T
 SUBTOTAL                          54.00
 SALES TAX     5.000% 02760         2.70

 XXXXXXXXXXXX3479/XXXX/01088300/N
 VISA                              56.70

      TTL 02/10/05                 56.70


 YOUR TOTAL SAVINGS TODAY   21.00 -

 CARDHOLDER ACKNOWLEDGES RECEIPT OF
 GOODS/SERVICES IN THE AMOUNT SHOWN AND
 AGREES TO PAY FOR THEM ACCORDING TO
 CREDIT CONTRACT WITH CARD ISSUER.

        Please visit our website at
            www.jcpenney.com


 KEEP THIS SLIP FOR STATEMENT VERIFICATION
            CUSTOMER COPY

      RCT# 2244 021005 262 7122 7
```



**JCPENNEY**
Emerald Square Mall
1019 S.Washington St.
N. Attleboro, MA. 02760
(508)699-6700

02/22/05 03:13 PM  7016 2244/001   305

103/3503/020001   SH TROP CLUTCH
UPC # 054069001898
                    QTY 1        30.00
 SALE DISC              9.00 -
 TOTAL DISCOUNTS        9.00 -
 DISCOUNTED PRICE              21.00
 NET SALES/RETURN VALUE        21.00T

SUBTOTAL                       21.00
SALES TAX     5.000% 02760      1.05

XXXXXXXXXXXXX6953/XXXX/02268200/M
MASTERCARD                     22.05

    TTL 02/22/05               22.05


YOUR TOTAL SAVINGS TODAY   9.00 -

CARDHOLDER ACKNOWLEDGES RECEIPT OF
GOODS/SERVICES IN THE AMOUNT SHOWN AND
AGREES TO PAY FOR THEM ACCORDING TO
CREDIT CONTRACT WITH CARD ISSUER.

        Please visit our website at
            www.jcpenney.com











Sign In | Track Your Order | Your Account | Your Cart

Home | Luggage | Travel Accessories | Business & Laptop | Handbags | Winter Clearance Sale |
Backpacks | Sports & Duffels | Urban & Messengers | Business Accessories | Wallets | Kids & Parents |

[Search]    Request A Catalog | Corporate & Volume Orders | Buy Shoes

## Winter Clearance Sale: Free shipping on orders of $25 or more!

## Sag Harbor Tropical Tapestry Mini Valentine Tote (SKU-76150) (CT11-50632)



**MSRP:** $32.00
**Our price:** $24.99
**Sale: $19.99** (38% off)



High volume orders

**Click to see photos of every color**



**Please select a color**

1. Tropical Tapestry-Khaki


add to cart

Usually leaves warehouse within 2 business days.
When will it get to me?

**Customer Ratin**
This product has n
customers.

Be the first person
this product.

• Read product fea
• Buy a Gift Certifi
• Tell a friend abou

• Add to comparison chart
• View comparison chart
• See Entire Brand
• See Similar Items




## Product Features

| Size: | 7.5" x 10" x 3.25" |
|---|---|
| Linear inches: | 20.75" |
| Weight: | 1 lb |
| Warranty: | 30 days against manufacturer's defects |

+ 18" zip around entry to main compartment
+ Rolled shoulder straps measure 24" long with an 11" drop from the top of the straps to the top of the bag
+ Two open compartments separated by a center zip main compartment
+ Polished silver hardware
+ Two interior drop pockets
+ PVC handles, trim, and bottom
+ Eight interior credit card slots and two pen sleeves

## You May Also Be Interested In


**Sag Harbor**
Tropical Tapestry Valentine Tote
**Sale: $29.99**


**Sag Harbor**
Tropical Tapestry Frame Satchel
**Sale: $24.99**


**Sag Harbor**
Amaretto Valentine Tote
**Sale: $29.99**


**Sag Harbor**
Mini Valentine Tote
**Sale: $19.99**

**eBags Electronic Gift Certificate** - Available in: $25.00 | $50.00 | $100.00 | $500.00 | Other Amounts

## CUSTOMER REVIEWS

Be the first to write a review of this product.

### How Can We Improve This Page?
Any additional information you would like to see? Any brands or products you would like us to add? Sorry, we cannot respond to all comments entered below.



Email Address: [_____] (optional)

[Send Us Your Suggestions]

### Contact Customer Service
If you have a customer service issue that requires imn please email us or call us toll free at 800-820-6126.

### Send Me Special Offers and Updates
Email address: [_____] [Submit]

**Order by Phone: 800-820-6126  |  3,557,717 Bags Shipped Since 1999  |  100% Satisfaction Guaranteed**

**Where's My Bag?**
• Manage Your Account
• Check your Order Status

**Shipping & Returns**
• See our Shipping Rates
• See our Returns Policy

**Customer Support**
• Forget your password?
• Visit our Help Center

Gift Certificates | About eBags | Affiliate Info | Privacy | Security

 eBags USA  |  eBags UK

© 1999 - 2004 eBags, Inc. All rights reserved.


AAA Members Click Here

Sign In | Track Your Order | Your Account | Your Cart



Home | Luggage | Travel Accessories | Business & Laptop | Handbags | Winter Clearance Sale |
Backpacks | Sports & Duffels | Urban & Messengers | Business Accessories | Wallets | Kids & Parents |

Search    Request A Catalog | Corporate & Volume Orders | Buy Shoes

## Winter Clearance Sale: Free shipping on orders of $25 or more!

### Sag Harbor Tropical Tapestry East/West Tote (SKU-90210) (CT11-50633)

**MSRP:** $38.00
**Our price:** $29.99
**Sale: $24.99** (34% off)

**This item SHIPS FREE!**        SALE   NEW
High volume orders

**Click to see photos of every color**



**Please select a color**

1. Tropical Tapestry-Black



add to cart

Usually leaves warehouse within 2 business days.
When will it get to me?

**Customer Ratin**
This product has n
customers.

Be the first person
this product.

• Read product fea
• Buy a Gift Certifi
• Tell a friend abou

• Add to comparison chart       • See Entire Brand
• View comparison chart         • See Similar Items

  

### Product Features

| | |
|---|---|
| **Fabric:** | Cotton and polyester with PVC trim |
| **Size:** | 9" x 14" x 4.5" |
| **Linear Inches:** | 27.5" |
| **Weight:** | 1 lb , 8 oz |
| **Warranty:** | 30 days against manufacturer's defects |

+ 12.5" top zip entry to main compartment
+ Double handles measure 24" long and have a drop of 10"
+ Fully fabric lined
+ Polished silver Sag Harbor tag attached to the bag
+ Two interior drop pockets
+ Leather- like PVC handles, trim and bottom
+ Interior cell phone drop pocket
+ Includes a detachable key fob
+ Two pen sleeves
+ Center divider is secured with a zipper
+ 9" interior zip pocket

### You May Also Be Interested In





**Sag Harbor**
Tropical Tapestry Valentine Tote
**Sale: $29.99**

**Sag Harbor**
Amaretto Valentine Tote
**Sale: $29.99**





**Sag Harbor**
Tropical Tapestry Frame Satchel
**Sale: $24.99**

**Sag Harbor**
Valentine Tote
**Sale: $29.99**

---

**eBags Electronic Gift Certificate** - Available in: $25.00 | $50.00 | $100.00 | $500.00 | Other Amounts

---

### CUSTOMER REVIEWS

---

Be the first to write a review of this product.

---

**How Can We Improve This Page?**
Any additional information you would like to see? Any brands or products
you would like us to add? Sorry, we cannot respond to all comments entered
below.

**Contact Customer Service**
If you have a customer service issue that requires Imn
please email us or call us toll free at 800-820-6126.

**Send Me Special Offers and Updates**
Email address: [          ]  Submit

Email Address: [          ] (optional)

Send Us Your Suggestions

**Order by Phone: 800-820-6126  |  3,557,717 Bags Shipped Since 1999  |  100% Satisfaction Guaranteed**

**Where's My Bag?**
• Manage Your Account
• Check your Order Status

**Shipping & Returns**
• See our Shipping Rates
• See our Returns Policy

**Customer Support**
• Forget your password?
• Visit our Help Center

Gift Certificates | About eBags | Affiliate Info | Privacy | Security

 eBags USA  |  eBags UK

© 1999 - 2004 eBags, Inc. All rights reserved.

AAA Members Click Here



Sign In | Track Your Order | Your Account | Your Cart

Home | Luggage | Travel Accessories | Business & Laptop | Handbags | Winter Clearance Sale |
Backpacks | Sports & Duffels | Urban & Messengers | Business Accessories | Wallets | Kids & Parents |

Search    Request A Catalog | Corporate & Volume Orders | Buy Shoes

## Winter Clearance Sale:  Free shipping on orders of $25 or more!

Sag Harbor Tropical Tapestry Valentine Tote (SKU-94000) (CT11-50635)



**MSRP:** $42.00
**Our price:** $34.99
**Sale: $29.99** (29% off)



**This Item SHIPS FREE!**
High volume orders

**Click to see photos of every color**

**Please select a color**

1. Tropical Tapestry-Black


add to cart

Usually leaves warehouse within 2 business days.
When will it get to me?

**Customer Ratin**
This product has n
customers.

Be the first person
this product.

• Read product fea
• Buy a Gift Certifi
• Tell a friend abo

• Add to comparison chart        • See Entire Brand
• View comparison chart          • See Similar Items

  

## Product Features

| Fabric: | Cotton and polyester with PVC trim |
|---|---|
| Size: | 10.75" x 15" x 5" |
| Linear inches: | 30.75" |
| Weight: | 1 lb , 8 oz |
| Warranty: | 30 days against manufacturer's defects |

+ Two open compartments separated by a 29" zip-around main compartment
+ Rolled tote handles measure 28" long and have a drop of 11.5" from the top of the straps to the top of the bag
+ Interior cell phone / eyeglass drop pocket
+ Polished silver hardware
+ 8 credit card slots
+ PVC handles, trim and flat bottom
+ ID window
+ Removable key fob
+ Two pen sleeves
+ Interior 7" zip security pocket
+ Two 4.5" drop pockets for small items

## You May Also Be Interested In



**Sag Harbor**
Tropical Tapestry East/West Tote
**Sale: $24.99**



**Sag Harbor**
Amaretto Valentine Tote
**Sale: $29.99**



**Sag Harbor**
Tropical Tapestry Frame Satchel
**Sale: $24.99**



**Sag Harbor**
Valentine Tote
**Sale: $29.99**

**eBags Electronic Gift Certificate** - Available in: $25.00 | $50.00 | $100.00 | $500.00 | Other Amounts

## CUSTOMER REVIEWS

Be the first to write a review of this product.

## How Can We Improve This Page?
Any additional information you would like to see? Any brands or products you would like us to add? Sorry, we cannot respond to all comments entered below.

Email Address: [_____] (optional)

[ Send Us Your Suggestions ]

## Contact Customer Service
If you have a customer service issue that requires imm please email us or call us toll free at 800-820-6126.

## Send Me Special Offers and Updates
Email address: [_____] [ Submit ]

**Order by Phone: 800-820-6126 | 3,557,717 Bags Shipped Since 1999 | 100% Satisfaction Guaranteed**

**Where's My Bag?**
• Manage Your Account
• Check your Order Status

**Shipping & Returns**
• See our Shipping Rates
• See our Returns Policy

**Customer Support**
• Forget your password?
• Visit our Help Center

Gift Certificates | About eBags | Affiliate Info | Privacy | Security

 eBags USA |  eBags UK

© 1999 - 2004 eBags, Inc. All rights reserved.



AAA Members Click Here



Sign In | Track Your Order | Your Account | Your Cart

Home | Luggage | Travel Accessories | Business & Laptop | Handbags | Winter Clearance Sale |
Backpacks | Sports & Duffels | Urban & Messengers | Business Accessories | Wallets | Kids & Parents |

Search    Request A Catalog | Corporate & Volume Orders | Buy Shoes

## Winter Clearance Sale:  Free shipping on orders of $25 or more!

Sag Harbor Tropical Tapestry Frame Satchel (SKU-98270) (CT11-50634)





**MSRP:** $38.00
**Our price:** $29.99
**Sale: $24.99** (34% off)

**This item SHIPS FREE!**
High volume orders

SALE   NEW

**Click to see photos of every color**

**Please select a color**

1. Tropical Tapestry-Black


add to cart

Usually leaves warehouse within 2 business days.
When will it get to me?

**Customer Ratin**
This product has n
customers.

Be the first person
this product.

• Read product fe;
• Buy a Gift Certifi
• Tell a friend abo

• Add to comparison chart       • See Entire Brand
• View comparison chart         • See Similar Items

  

## Product Features

| Fabric: | Cotton and polyester with PVC trim |
|---|---|
| Size: | 9" x 14" x 5" |
| Linear inches: | 28" |
| Weight: | 1 lb , 8 oz |
| Warranty: | 30 days against manufacturer's defects |

+  Magnetic snap closure to main compartment
+  One open fabric lined compartment
+  Organizer panel with a 7.5" zip pocket, and 8 credit card slots
+  Two interior drop pockets for smaller items, eyeglasses or cellphone
+  Comfortable rolled satchel handles
+  Handles measure 21" long with a 7" drop
+  PVC handles, trim and bottom
+  Sag Harbor polished silver hang tag

You May Also Be Interested In



**Sag Harbor**
Tropical Tapestry Valentine Tote
**Sale: $29.99**



**Sag Harbor**
Tropical Tapestry East/West Tote
**Sale: $24.99**



**Sag Harbor**
Amaretto Valentine Tote
**Sale: $29.99**



**Sag Harbor**
Oprah Large Hobo
**Sale: $24.99**

**eBags Electronic Gift Certificate** - Available in: $25.00 | $50.00 | $100.00 | $500.00 | Other Amounts

## CUSTOMER REVIEWS

Be the first to write a review of this product.

## How Can We Improve This Page?

Any additional information you would like to see? Any brands or products you would like us to add? Sorry, we cannot respond to all comments entered below.



Email Address: [                    ] (optional)

[Send Us Your Suggestions]

### Contact Customer Service

If you have a customer service issue that requires imm please email us or call us toll free at 800-820-6126.

### Send Me Special Offers and Updates

Email address: [                    ] [Submit]

Order by Phone: 800-820-6126 | 3,557,717 Bags Shipp ed Since 1999 | 100% Satisfaction Guaranteed

**Where's My Bag?**
• Manage Your Account
• Check your Order Status

**Shipping & Returns**
• See our Shipping Rates
• See our Returns Policy

**Customer Support**
• Forget your password?
• Visit our Help Center

Gift Certificates | About eBags | Affiliate Info | Privacy | Security

 eBags USA | eBags UK

© 1999 - 2004 eBags, Inc. All rights reserved.



AAA Members Click Here



.



# CIVIL COVER SHEET

⊗JS 44  (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Barrow Industries Inc.

**DEFENDANTS**

J.C. Penney Company, Inc.
Koltov, Inc.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
I. Stephen Samuels
Samuels & Hiebert LLC
Two International Place, 23rd Floor
Boston, MA  02110-4104  Phone: 617-426-9181

Attorneys (If Known)

05 10966 MLW

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties
      in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405 (g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| | | | & Disclosure Act | | Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of F |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | | Determination Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

Transferred from                                    Appeal to
another district                                    District
Judge from

☒ 1 Original       ☐ 2 Removed from      ☐ 3 Remanded from      ☐ 4 Reinstated or  ☐ 5 (specify)      ☐ 6 Multidistrict   ☐ 7 Magistrate
    Proceeding          State Court           Appellate Court         Reopened                              Litigation          Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Title 17, US Code, §§101 et seq - Copyright Infringement

## VII. REQUESTED IN    ☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $    CHECK YES only if demanded in complaint
COMPLAINT:              UNDER F.R.C.P. 23                                         JURY DEMAND:    ☐ Yes  ☒ No

## VIII. RELATED CASE(S)
(See instructions):
IF ANY                    JUDGE    DOCKET NUMBER

DATE  May 10, 2005        SIGNATURE OF ATTORNEY OF RECORD  *J. Stephen Samuels*

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Barrow Industries Inc. v.__
   __J.C. Penney Company, Inc.__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   X   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___ III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___ IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___ V.     150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                              YES ☐          NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)
                                              YES ☐          NO ☒
   IF SO, IS THE U.S.A OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                              YES ☐          NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                              YES ☐          NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                              YES ☐          NO ☒

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        EASTERN DIVISION ☐        CENTRAL DIVISION ☐        WESTERN DIVISION ☐

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION ☒        CENTRAL DIVISION ☐        WESTERN DIVISION ☐

E TYPE OR PRINT)

TY'S NAME _____I. Stephen Samuels_____
          _____Two International Place, 23rd Floor, Boston, MA   02110-4104___

      NO. _____617-426-9181  Ext. 107_____

- 11/27/00)