IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Barrow Industries Inc., <br>     Plaintiff <br><br> v. <br><br> J. C. Penney Company, Inc. <br>     and <br> Koltov, Inc., <br>     Defendants | Civil Action No. 05-10966-MLW |

### VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)

Plaintiff, by its undersigned attorney, prior to the service of the complaint on either defendant, hereby dismisses, with prejudice, the above-captioned action.

*/s/ I. Stephen Samuels/*

I. Stephen Samuels
B.B.O. No. 440200
Samuels & Hiebert LLC
Two International Place, 23rd Floor
Boston, MA  02110
Tel: 617-426-9181 (Ext. 107)
Fax: 617-426-9182
Email: ISS@SamuelsTM.com
Attorney for Plaintiff

Date: 29 June 2005

1420.05G